**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

MAYRA LANGARICA,
Plaintiff,
v.
CITY OF POMONA, et al.,
Defendants.

No. 2:26-cv-08184-JFW-BFM

**ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ON PENDING MOTIONS**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

As judgment is entered against Plaintiff, the Motion to Reconsider entry of a preliminary injunction (ECF 20) is **denied as moot**.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Complaint is dismissed without leave to amend.
3. Judgment shall be entered dismissing this action with prejudice.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: August 21, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE