JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MAYRA LANGARICA,<br>Plaintiff,<br>v.<br>CITY OF POMONA, et al.,<br>Defendants. | No. 2:26-cv-08184-JFW-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed and the action is dismissed with prejudice.

DATED: August 21, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE